STATE OF NEW JERSEY v. LUKE PENTA.

June 12, 1975. Petition for certification denied.

JOHN BATES v. VINCENT GAMBINO.

June 12, 1975. Petition for certification granted. (See 133 *N. J. Super.* 162).

STATE OF NEW JERSEY v. HOWARD RICHARDSON.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT J. HALPIN.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CARL ANDERSON.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CARL ANDERSON.

June 12, 1975. Petition for certification denied.